UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| HERCULES STEEL COMPANY, INC., | CIVIL ACTION NO. 5:18-cv-00233-D |
| Plaintiff, | |
| v. | |
| SAUER INCORPORATED | |
| Defendant. | |

## AGREED ORDER OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Hercules Steel Company, Inc., and Defendant, Sauer Incorporated, hereby stipulate to the dismissal, with prejudice, of Plaintiff's claims against Sauer Incorporated in the above-captioned matter.

**IT IS HEREBY ORDERED** that Plaintiff's claims against Defendant, Sauer Incorporated, in the above-captioned matter are dismissed with prejudice. Each party is to bear its own costs and attorney's fees.

**SO ORDERED** this 21 day of October, 2019.

_____
JAMES C. DEVER III
United States District Judge

SEEN AND AGREED TO:

/s/Denise M. Motta
Denise M. Motta
GORDON & REES
SCULLY MANSUKHANI, LLP
325 W. Main Street, Suite 1810
Louisville, Kentucky 40202
Phone: 502-371-1253
dmotta@grsm.com

/s/ Robert E. Desmond
Robert E. Desmond
Smith, Anderson, Blount, Dorsett
Mitchell & Jernigan, L.L.P.
Post Office Box 2611
Raleigh, North Carolina 27602
Phone: (919) 821-6610
rdesmond@smithlaw.com
*Counsel for Sauer Incorporated*

Nicholas Wilson
NC Bar # 33064
GORDON & REES
SCULLY MANSUKHANI, LLP
421 Fayetteville Street, Suite 330
Raleigh, NC 27601
Phone: 984-242-1788
Facsimile: 919-741-5840
Email: nwilson@grsm.com
*Counsel for Hercules Steel Company, Inc.*